**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZUNIR WILSON WALKER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 24-2773** |
| | : | |
| **GEORGE W. HILL CORRECTIONAL** | : | |
| **FACILITY, DELAWARE COUNTY** | : | |

## ORDER

**AND NOW**, this 17th day of July 2024, upon screening the incarcerated person's pro se Complaint (ECF No. 2) after granting him leave to proceed without paying filing fees (ECF No. 6) consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B), noting Plaintiff alleges sexual and physical abuse by unidentified "staff" but does not presently plead sufficient facts allowing us to plausibly infer the involvement of a specific state actor in the offenses or as supervisors or municipal liability based on a custom or policy, and cannot plead a constitutional claim to a particular placement, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1.     **DISMISS** the Complaint (ECF No. 2) for failure to state a timely claim without prejudice; and,

2.     **GRANT** Plaintiff leave to file an amended Complaint by no later than **August 26, 2024** specifically identifying the state actors causing him harm directly or as supervisors, or through a custom or policy, consistent with the known facts and the accompanying Memorandum after exhausting the claims through the grievance process reminding Plaintiff we will direct the Clerk of the Court to close this case if he does not timely amend under this Order.

**KEARNEY, J.**