IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZUNIR WILSON WALKER | : CIVIL ACTION |
| | : |
| v. | : NO. 24-2773 |
| | : |
| SGT. WILLIAMS, C/O PARIS, JOHN DOE, and JANE DOE | : |

## ORDER

AND NOW, this 10th day of December 2024, upon studying Defendant correctional officers' Motion to dismiss (ECF 19) the pro se amended Complaint (ECF 13), absent timely opposition, for reasons in today's accompanying memorandum, and for good cause, it is **ORDERED** the correctional officers' Motion to dismiss (ECF 19) is **GRANTED in part** requiring we:

1. **DISMISS** without prejudice the incarcerated Plaintiff's claims against Lt. Moody and dismiss Lt. Moody without prejudice;

2. **AMEND** the caption above to reflect the dismissal of Lt. Moody;

3. **DISMISS** without prejudice the claims of sexual assault or harassment; and,

4. **GRANT** Sgt. Williams and C/O Paris leave to file an Answer to the excessive force allegations against them by no later than **December 27, 2024** to allow us to meaningfully discuss the proofs and resolution during a January 2025 initial pretrial conference followed by a Spring 2025 trial if warranted.

KEARNEY, J.